IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD D. MCGINNIS, | ) | SCHEDUILING ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

        IT IS ORDERED that the following is set for hearing on **July 6, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

        - Initial Appearance/Arraignment on Second Superseding Indictment

        Since this is a criminal case, the defendant must be present, unless excused by the Court.

        DATED this 29th day of June, 2006.

                                BY THE COURT:


                                s/ F.A. Gossett
                                United States Magistrate Judge




        DATED this 29th day of June, 2006.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge